STEINER & LIBO, PROFESSIONAL CORPORATION
Neil Steiner, SBN 98606
steinlibo@aol.com
433 N. Camden Drive, Suite 730
Beverly Hills, CA 90210
Telephone: (310) 273-7778
Facsimile: (310) 273-7679

Attorneys for Plaintiff,
CYNTHIA STAR

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CYNTHIA STAR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No. CV 19-10206-GW-SSx<br>[Los Angeles Superior Court No. 19STCV25047]<br><br>ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT<br><br>Complaint Filed: July 16, 2019 |

The Stipulation of defendants COSTCO WHOLESALE CORPORATION and plaintiff Cynthia Star for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 19STCV25047.

Dated: December 20, 2019　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1